

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00265-CV

SW SERVICE CENTER 1, L.P. AND SW SERVICE CENTER 2, L.P., Appellants

V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

Appeal from the 295th District Court of Harris County. (Tr. Ct. No. 2011-56200).

After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellants, SW Service Center 1, L.P. and SW Service Center 2, L.P. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellants.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 16, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.